**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 26-1734**

———————————

In re: MAGUS JAMYE REFICUL AHNEND,

      Petitioner.

———————————

On Petition for Writ of Mandamus to the United States District Court for the Southern District of West Virginia, at Beckley.  (5:26-cv-00291)

———————————

Submitted:  July 16, 2026                                        Decided:  July 21, 2026

———————————

Before WILKINSON, RICHARDSON, and QUATTLEBAUM, Circuit Judges.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Magus Jamye Reficul Ahnend, Petition Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Magus Jamye Reficul Ahnend petitions for writ of mandamus, alleging that the district court has unduly delayed in ruling on his objections to the magistrate judge's proposed findings and recommendation in Ahnend's civil case. He seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*